AO 240 (Rev. 7/96)

# UNITED STATES DISTRICT COURT

District of Massachusetts

Toraino Pridgen

Plaintiff

V.

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER:

I, _____Toraino Pridgen_____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration  MCI, Norfolk, Massachusetts

   Are you employed at the institution?  Yes   Do you receive any payment from the  yes 50¢/day

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☒ |
   | b. | Rent payments, interest or dividends | ☐ | ☒ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
   | d. | Disability or workers compensation payments | ☐ | ☒ |
   | e. | Gifts or inheritances | ☐ | ☒ |
   | f. | Any other sources | ☐ | ☒ |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

MASSACHUSETTS  
DEPARTMENT OF CORRECTION  
Inmate Transaction History  
Summary Report

MCI NORFOLK

Inmate Name............    PRIDGEN    TORAINO

Commitment number....   W67351

Period encompassed....   3/23/03 THRU    9/23/03

|  | Personal | Savings | Total |
|---|---|---|---|
| Six Month Average Daily Balance | 212.66 | 67.60 | 280.26 |
| 20% of Six Month Average Daily Balance | 56.05 | | |
| Total Expenditures for Period | | | 1811.51 |
| Total Income for Period | | | 1231.45 |

To the best of my knowledge, the above summary information is true and accurate:

Signed _Marsha Collins_  
MARSHA COLLINS, Treasurer

Time: 12:45 PM  
Date: Oct 21, 2003

Note: A copy of the inmate's account activity statement for the six month period ("Inmate Transaction History") is attached.

court copy

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20031021 10:07

| | | | | |
|---|---|---|---|---|
| Commit# : | W67351 | | MCI NORFOLK | Page : 5 |
| Name : | PRIDGEN, TORAINO, , | | Statement From 20030401 | |
| Inst : | MCI NORFOLK | | To   20031001 | |
| Block : | 7-2 | | | |
| Cell/Bed : | 121 /A | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period | $1,510.30 | $809.93 | $52.38 | $0.00 |
| 20030402 13:49 | EX - External Disbursement | 955501 | 29755 | GAR | AMERICAN INSTITUTIONAL TELEVISION, INC. | $0.00 | $65.00 | $0.00 | $0.00 |
| 20030402 22:30 | CN - Canteen | 956460 | | GAR | ~Canteen Date : 20030402 | $0.00 | $17.69 | $0.00 | $0.00 |
| 20030404 09:27 | IC - Transfer from Inmate to Club A/c | 967721 | | GAR | ~Clothing Order-KOI WAL ACCOUNT - 25 | $0.00 | $328.81 | $0.00 | $0.00 |
| 20030404 10:07 | IC - Transfer from Inmate to Club A/c | 967943 | | GAR | ~Footwear Order-KOI WAL ACCOUNT - 55 | $0.00 | $90.15 | $0.00 | $0.00 |
| 20030408 10:03 | IS - Interest | 977125 | | GAR | | $1.23 | $0.00 | $0.00 | $0.00 |
| 20030408 10:03 | IS - Interest | 977136 | | GAR | | $0.00 | $0.00 | $0.06 | $0.00 |
| 20030409 22:30 | CN - Canteen | 995075 | | GAR | ~Canteen Date : 20030409 | $0.00 | $16.45 | $0.00 | $0.00 |
| 20030416 22:30 | CN - Canteen | 1017545 | | GAR | ~Canteen Date : 20030416 | $0.00 | $14.30 | $0.00 | $0.00 |
| 20030422 15:30 | EX - External Disbursement | 1034546 | 29951 | GAR | ~Shaquilla Jones | $0.00 | $100.00 | $0.00 | $0.00 |
| 20030423 22:30 | CN - Canteen | 1037774 | | GAR | ~Canteen Date : 20030423 | $0.00 | $17.65 | $0.00 | $0.00 |
| 20030428 13:07 | ML - Mail | 1049874 | | GAR | ~LINSEY FORSTER | $300.00 | $0.00 | $0.00 | $0.00 |
| 20030429 14:15 | TI - Transfer from Institution | 1055825 | | GAR | | $0.00 | $551.55 | $0.00 | $0.00 |
| 20030429 14:15 | TI - Transfer from Institution | 1055827 | | GAR | | $0.00 | $0.00 | $0.00 | $52.46 |
| 20030429 14:15 | TI - Transfer from Institution | 1055828 | | NOR | | $0.00 | $0.00 | $52.46 | $0.00 |
| 20030429 14:15 | TI - Transfer from Institution | 1055826 | | NOR | | $551.55 | $0.00 | $0.00 | $0.00 |
| 20030501 22:30 | CN - Canteen | 1070646 | | NOR | ~Canteen Date : 20030501 | $0.00 | $57.71 | $0.00 | $0.00 |
| 20030508 10:00 | EX - External Disbursement | 1092180 | 48709 | NOR | ~ATTY KAREN NORTH | $0.00 | $5.00 | $0.00 | $0.00 |
| 20030508 22:30 | CN - Canteen | 1093776 | | NOR | ~Canteen Date : 20030508 | $0.00 | $59.97 | $0.00 | $0.00 |
| 20030509 09:15 | IS - Interest | 1097524 | | NOR | | $0.43 | $0.00 | $0.00 | $0.00 |
| 20030509 09:15 | IS - Interest | 1097525 | | NOR | | $0.00 | $0.00 | $0.07 | $0.00 |
| 20030509 10:32 | IC - Transfer from Inmate to Club A/c | 1111419 | | NOR | ~5905.7366. ~INMATE CLOTHING PURCHASE - 251 | $0.00 | $107.03 | $0.00 | $0.00 |
| 20030513 09:45 | IC - Transfer from Inmate to Club A/c | 1117561 | | NOR | 802,803,811,812,813,81 ,861,CAN E,M, DEP, WAL ACCOUNT - 26 | $0.00 | $96.43 | $0.00 | $0.00 |
| 20030514 10:09 | EX - External Disbursement | 1120833 | 48814 | NOR | ~ATTORNEY KAREN NORTH | $0.00 | $5.00 | $0.00 | $0.00 |
| 20030515 22:30 | CN - Canteen | 1133138 | | NOR | ~Canteen Date : 20030515 | $0.00 | $59.60 | $0.00 | $0.00 |
| 20030515 14:26 | IC - Transfer from Inmate to Club A/c | 1136035 | | NOR | ~PHOTO - 213 | $0.00 | $6.00 | $0.00 | $0.00 |
| 20030522 10:00 | IC - Transfer from Inmate to Club A/c | 1152506 | | NOR | ~PHOTO - 213 | $0.00 | $6.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION

## Inmate Transaction Report

Date : 20031021 10:07

Commit# : W67351  
Name : PRIDGEN, TORATNO, ,  
Inst : MCI NORFOLK  
Block : 1-2  
Cell/Bed : 221 /A

MCI NORFOLK  
Statement From 20030401  
To 20031001  
Page : 6

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20030527 04:51 | CN - Canteen | 1155155 | | NOR | Canteen Date : 20030527 Club A/c | $0.00 | $56.66 | $0.00 | $0.00 |
| 20030529 05:16 | TC - Transfer from Inmate to Club A/c | 1175950 | | NOR | ~PHOTO - ZIP | $0.00 | $6.00 | $0.00 | $0.00 |
| 20030529 22:30 | CN - Canteen | 1176593 | | NOR | Canteen Date : 20030530 | $0.00 | $54.19 | $0.00 | $0.00 |
| 20030530 11:27 | VC - Voided Check | 1179928 | 40709 | NOR | ~ATTY KAREN NORTH | $5.00 | $0.00 | $0.00 | $0.00 |
| 20030602 9:37 | EX - External Disbursement | 1185345 | 49126 | NOR | ~AS-SEQ, INC. | $0.00 | $6.00 | $0.00 | $0.00 |
| 20030609 15:12 | CI - Transfer from Club to Inmate A/c | 1217060 | | NOR | ~CANTEEN REFUND-W67351 PRIDGEN,TORATNO PERSONAL-KCN WASH ACCOUNT - 25 | $3.70 | $0.00 | $0.00 | $0.00 |
| 20030610 15:40 | IC - Transfer from Inmate to Club A/c | 1222690 | | NOR | ~YOUNG FATHERS CLUB - Z3B | $0.00 | $3.00 | $0.00 | $0.00 |
| 20030610 16:32 | IS - Interest | 1225724 | | NOR | | $0.27 | $0.00 | $0.00 | $0.00 |
| 20030610 16:32 | IS - Interest | 1225725 | | NOR | | $0.00 | $0.00 | $0.08 | $0.00 |
| 20030612 22:30 | CN - Canteen | 1257754 | | NOR | Canteen Date : 20030612 | $0.00 | $32.33 | $0.00 | $0.00 |
| 20030615 09:42 | VC - Voided Check | 1262282 | 48014 | NOR | ~ATTORNEY KAREN NORTH | $5.00 | $0.00 | $0.00 | $0.00 |
| 20030616 11:35 | VI - Visitation | 1263264 | | NOR | ~LINDSAY FORSTER | $30.00 | $0.00 | $0.00 | $0.00 |
| 20030619 11:38 | ML - Mail | 1263265 | | NOR | ~STACEY L. FORD | $80.00 | $0.00 | $0.00 | $0.00 |
| 20030619 22:30 | CN - Canteen | 1286206 | | NOR | Canteen Date : 20030619 | $0.00 | $53.12 | $0.00 | $0.00 |
| 20030626 22:30 | CN - Canteen | 1312243 | | NOR | Canteen Date : 20030626 | $0.00 | $45.52 | $0.00 | $0.00 |
| 20030701 09:25 | IC - Transfer from Inmate to Club A/c | 1324910 | | NOR | ~SONY AUDIO ~PROPERTY SHIPPING CHARGE  249 | $0.00 | $6.00 | $0.00 | $0.00 |
| 20030701 13:52 | ML - Mail | 1325880 | | NOR | ~STACY L FORD | $60.00 | $0.00 | $0.00 | $0.00 |
| 20030709 16:11 | IS - Interest | 1359559 | | NOR | | $0.07 | $0.00 | $0.00 | $0.00 |
| 20030709 16:11 | IS - Interest | 1359560 | | NOR | | $0.00 | $0.00 | $0.06 | $0.00 |
| 20030709 23:04 | PY - Payroll | 1381725 | | NOR | ~20030622 To 20030628 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20030709 23:04 | PY - Payroll | 1381726 | | NOR | ~20030622 To 20030628 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20030710 13:40 | ML - Mail | 1384155 | | NOR | ~LINDSEY FORSTER | $30.00 | $0.00 | $0.00 | $0.00 |
| 20030710 22:30 | CN - Canteen | 1385957 | | NOR | Canteen Date : 20030710 | $0.00 | $51.77 | $0.00 | $0.00 |
| 20030716 23:04 | PY - Payroll | 1411208 | | NOR | ~20030629 To 20030705 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20030716 23:04 | PY - Payroll | 1411209 | | NOR | ~20030629 To 20030705 | $0.00 | $0.00 | $3.75 | $0.00 |
| | | | | | | $1,897.22 | $2,535.09 | $213.07 | $76.29 |