UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TORAINO PRIDGEN,
                Petitioner,

                                          Civil Action
             v.                                 No. 03-12332-RWZ
LUIS SPENCER,
                Respondent.

ORDER ON APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

Having considered the petitioner's Application to Proceed Without Prepayment of Fees and Affidavit under 28 U.S.C. § 1915:

☒    In accordance with Fed. R. Civ. P. 5(e), the Clerk filed the Section 2254 petition on _____ and assigned it Civil Action No. <u>03-12332</u>

It is ORDERED that:

☐    The Application to Proceed Without Prepayment of Fees and Affidavit is GRANTED.

☒    The Application to Proceed Without Prepayment of Fees and Affidavit is DENIED for the following reason(s):

Petitioner has sufficient funds in his prison account to pay the $5 filing fee.

☒    It is FURTHER ORDERED that petitioner must pay the $5.00 filing fee within 42 days of the date of this Order or this case will be dismissed without prejudice. After the filing fee is paid, the Clerk shall forward this Section 2254 petition for review.

<u>12/4/03</u>                    <u>Rya W. Zobel</u>
DATE                       UNITED STATES DISTRICT JUDGE