UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TORAINO PRIDGEN,
         Petitioner,

v.

LUIS SPENCER,
         Respondent.

CIVIL ACTION

NO. 03-12332-RWZ

O R D E R

    Pursuant to Rule 4 of the Rules Governing Section 2254 cases, the Clerk of this Court is hereby ordered to serve a copy of the Petition for a Writ of Habeas Corpus by mailing copies of the same, certified mail, to Luis Spencer, Superintendent, MCI Norfolk, 2 Clark Street, P.O. Box 43, Norfolk, MA 02056; AND William J. Meade, Chief, Appellate Division, Attorney General for the Commonwealth of Massachusetts, One Ashburton Place, 18th Floor, Boston, MA 02108-1598.

    It is further ordered that Respondent shall, within 20 days of receipt of this Order, file an answer (or other proper responsive pleading) to the Petition for Writ of Habeas Corpus.

    This Court further requests Respondent, as part of the return, to file such documents which reflect on whether Petitioner has exhausted his available state remedies with respect to the matters raised by the Petition.

 12/4/03                  s/ Rya W. Zobel
  DATE                  UNITED STATES DISTRICT JUDGE

(2254serv.ord - 12/95)                                                [2254serv.]