UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TORAINO PRIDGEN<br>　　　Petitioner,<br><br>v.<br><br>LUIS SPENCER<br>　　　Respondent. | Civil Action No. 03-12332-RWZ |

## ANSWER

Pursuant to Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, the respondent hereby answers the petition for writ of habeas corpus of the petitioner Toraino Pridgen.

1.   Admitted.

2.   Admitted.

3.   Admitted.

4.   Admitted. Answering further the respondent states that the defendant was also indicted for armed assault with intent to murder and unlawful possession of a firearm and was found not guilty on those charges.

5.   Admitted.

6.   Admitted.

7.   Admitted.

8.   Admitted.

9(a)-(c) Admitted. Answering further the respondent states that the citation for the Appeals Court decision is 54 Mass. App. Ct. 1110, 765 N.E. 2d 827 (2002).

9(d)   Admitted.

9(e)   Admitted. Answering further, the respondent states that the citation for the denial of further appellate review is 437 Mass. 1103, 772 N.E. 2d 588 (2002).

10.    Admitted.

11.    Left blank by the petitioner.

12.    The respondent states that paragraph 12 contains legal argument and conclusions to which no response is required. To the extent that a response is deemed necessary, the respondent denies the factual allegations contained in paragraph 12 of the petition insofar as they are inconsistent with the facts found by the Massachusetts Appeals Court in *Commonwealth v. Pridgen*, 54 Mass. App. Ct. 1110, 765 N.E. 2d 827 (2002).

13.    Left blank by petitioner.

14.    The respondent states that he lacks knowledge or information sufficient to admit or deny the allegations contained in paragraph 14.

15(c)-(e).   Admitted.

16.    Admitted.

17.    The respondent lacks the knowledge or information sufficient to admit or deny the allegations contained in paragraph 17.

And further answering the respondent has obtained transcripts from the petitioner's trial which will be supplied to the Court whenever deemed necessary. Pursuant to Rule 5 of the Rules Governing 28 U.S.C. §2254 cases, the respondent is filing a Supplemental Answer with the following documents from the petitioner's state court proceedings:

   1.   Brief and Record Appendix for Appellant on Appeal to the Massachusetts Appeals Court (01-P-49).

2. Brief and Record Appendix for the Commonwealth of Massachusetts on Appeal to the Massachusetts Appeals Court (01-P-49).

3. Reply brief of the defendant.

4. *Commonwealth v. Pridgen*, 54 Mass. App. Ct. 1110, 765 N.E. 2d 827 (2002).

5. Application for further appellate review.

6. *Commonwealth v. Pridgen*, 437 Mass. 1103, 772 N.E. 2d 588 (2002)(Further Appellate Review Denied).

7. Denial of petition for writ of certiorari, 537 U.S. 1020 (2002).

## DEFENSES

1. The petition contains claims which have not been exhausted in the state courts.

2. The petition fails to state a claim upon which habeas corpus relief can be granted.

3. In the alternative, the state court adjudication of the petitioner's claims was not contrary to nor an unreasonable application of clearly established Supreme Court law nor was it based on an unreasonable determination of the facts in light of the evidence presented in the state court proceeding.

The respondent respectfully reserves the right to amend or supplement this Answer in the future should the need arise.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

January 29, 2004

Susanne G. Reardon, BBO 561669
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2832

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached documents was served upon defendant's counsel, Karen Elizabeth Morth, 67 Wall Street, 22nd Floor, Suite 2211, New York, NY 10005 by first class mail, postage pre-paid, on January 29, 2004.

*Susanne Reardon*
Susanne G. Reardon
Assistant Attorney General



THE COMMONWEALTH OF MASSACHUSETTS
OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108-1598

THOMAS F. REILLY
ATTORNEY GENERAL

(617) 727-2200
www.ago.state.ma.us

January 29, 2004

Anthony Anastas, Clerk
United States District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02210

Re: Pridgen v. Spencer
Civil Action No. 03-12332-RWZ

Dear Mr. Anastas:

Enclosed please find the following documents for filing in the above-referenced matter:

(1) Respondents' Answer to Petition for a Writ of Habeas Corpus;

(2) Respondents' Supplemental Answer; and

(3) Respondent's Motion to Dismiss for Failure to Exhaust State Court Remedies.

Thank you very much for your assistance.

Sincerely,

Susanne Reardon
Tel. (617) 727-2200, ext. 2832

Enclosures

cc: Karen Morth, Esq.