UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TORAINO PRIDGEN,<br><br>      Petitioner,<br><br>v.<br><br>LUIS SPENCER,<br><br>      Respondent. | Civil Action No. 03-12332-RWZ |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned as counsel for the respondent in the above-entitled matter.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

January 27, 2004

_____
Susanne G. Reardon
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO#561669