UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TORAINO PRIDGEN, )
)
Petitioner, )
)
v. ) Civil Action No. 03-12332-RWZ
)
LUIS SPENCER, )
)
Respondent. )

## MOTION FOR ENLARGEMENT OF TIME
## TO FILE ANSWER OR RESPONSIVE PLEADINGS TO
## PETITION FOR WRIT OF HABEAS CORPUS

The respondent, Luis Spencer, Superintendent of MCI Norfolk, through counsel, respectfully moves this Court to enlarge the time in which to file an answer or other responsive pleading to the above-captioned petition for writ of habeas corpus to February 4, 2004.

As grounds therefor, the respondent's attorney states:

1. Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts requires the respondent to answer each allegation of the complaint and state whether the petitioner has exhausted state remedies including post-conviction actions. The Rule also requires that the respondent indicate what transcripts or parts of state court proceedings are available.

2. To this end, the respondent's attorney has requested the record of the petitioner's state court proceedings from the Worcester County District Attorney's office. The district attorney's office located most of the files, but respondent's attorney is still waiting to receive the application for further appellate review in the defendant's case. This application will speak to whether the petitioner has exhausted his state court remedies for the claims he now asserts.

2

WHEREFOR, the respondent respectfully moves this Court to enlarge the time for filing an answer or other responsive pleading in the above-captioned petition to February 4, 2004.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

*/s/ Susanne G. Reardon*
Susanne G. Reardon
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200 ext. 2832
BBO No. 561669

Dated: January 27, 2004

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon petitioner's counsel, at the address below on January 27, 2004, by depositing the copy in the office depository for collection and delivery by first-class mail, postage pre-paid, to him as follows:

Karen Morth
67 Wall Street, 2nd Floor
New York, NY 10005

*/s/ Susanne G. Reardon*
Susanne G. Reardon
Assistant Attorney General