UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TORAINO PRIDGEN,<br><br>      Petitioner,<br><br>v.<br><br>LUIS SPENCER,<br><br>      Respondent. | Civil Action No. 03-12332-RWZ |

**MOTION FOR ENLARGEMENT OF TIME TO FILE
OPPOSITION TO PETITIONER'S MEMORANDUM
IN SUPPORT OF HIS WRIT OF HABEAS CORPUS**

    The respondent, Luis Spencer, through counsel, respectfully moves this Court to enlarge the time in which to file an opposition to the petitioner's memorandum in support of his habeas corpus petition to two weeks following the receipt of petitioner's memo, which is currently due on April 30, 2004, pursuant to the court's order dated March 17, 2004.  In the same order, the court requested that both parties file memoranda by April 30.  The respondent requests an opportunity to obtain and review the petitioner's memorandum before filing an opposition.

    WHEREFOR, the respondent respectfully moves this Court to enlarge the time for filing his opposition to the petitioner's memorandum in support of his habeas corpus petition to May 14, 2004.

2

        Respectfully submitted,

        THOMAS F. REILLY
        ATTORNEY GENERAL

        _s/Susanne G. Reardon
        Susanne G. Reardon
        Assistant Attorney General
        Criminal Bureau
        One Ashburton Place
        Boston, Massachusetts 02108
        (617) 727-2200 ext. 2832
        BBO No. 561669

Dated: April 20, 2004

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon petitioner's counsel, at the address below on April 20, 2004, by depositing the copy in the office depository for collection and delivery by first-class mail, postage pre-paid, to her as follows:

Karen Morth
67 Wall Street, 2nd Floor
New York, NY 10005

        s/ Susanne G. Reardon
        Susanne G. Reardon
        Assistant Attorney General

## CERTIFICATE OF COMPLIANCE WITH L.R. 7.1

    I hereby certify that I consulted with petitioner's counsel regarding the above motion by calling her on April 16, 2004. Ms. Morth indicated that she would not be opposed to a short extension for the respondent, as long as it did not contradict a specific intent of the court to have both parties' memorandums due on the same day.

        s/ Susanne G. Reardon
        Susanne G. Reardon
        Assistant Attorney General