UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TORAINO PRIDGEN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 03-12332-RWZ |
| ) | |
| LUIS SPENCER, ) | |
| ) | |
| Respondent. ) | |

**ASSENTED TO MOTION FOR LEAVE TO FILE OPPOSITION
TO PETITIONER'S MEMORANDUM IN SUPPORT
OF HIS WRIT OF HABEAS CORPUS ONE DAY LATE**

The respondent, Luis Spencer, through counsel, respectfully moves this Court to accept his memorandum in opposition to the habeas corpus petition as timely filed. The memorandum was due on May 14, 2004, but required one extra day for the editing process. Petitioner's counsel assents to this motion.

WHEREFOR, the respondent respectfully moves this Court accept his memorandum as timely filed on this date.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

/s Susanne G. Reardon
Susanne G. Reardon
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200 ext. 2832
May 17, 2004                    BBO No. 561669

2

**CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the above document was served upon petitioner's counsel, at the address below on May 17, 2004, by depositing the copy in the office depository for collection and delivery by first-class mail, postage pre-paid, to her as follows:

Karen Morth
67 Wall Street, 2nd Floor
New York, NY 10005

                                                  /s Susanne G. Reardon
                                                Susanne G. Reardon
                                                Assistant Attorney General