UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TORAINO PRIDGEN
        Petitioner

V.

LUIS SPENCER
        Respondent

CIVIL ACTION

NO. 03CV12332-RWZ

## ORDER OF DISMISSAL

ZOBEL, D. J.

In accordance with the Court's Memorandum and Order dated JUNE 28, 2004 summarily dismissing this petition for writ of habeas corpus under 28 U.S.C. §2254, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

June 28, 2004          S/ Lisa A. Urso
Date          Deputy Clerk