Karen Morth, Esq.
67 Wall Street, 22nd Floor/# 5720
New York, New York 10005

FILED
IN CLERKS OFFICE
2004 JUL -7 P 12: 28
U.S. DISTRICT COURT
DISTRICT OF MASS

July 6, 2004

Anthony Anastas, Clerk of the Court
United States District Court
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Re: Toraino Pridgen v. Luis Spencer, Civil Action No. 03-12332-RWZ

Dear Mr. Anastas,

Enclosed please find for filing Mr. Pridgen's Notice of Appeal with service copies pursuant to F.R.A.P. 3.

Mr. Pridgen was determined to lack adequate resources to obtain legal representation in the State Court proceedings which resulted in the confinement from which he seeks relief in federal court, and was appointed undersigned counsel. (See attached "Notice of Assignment of Counsel" by the Committee for Public Counsel Services). I anticipate filing a Motion for Leave to Appeal in Forma Pauperis on Mr. Pridgen's behalf. I am unclear as to whether the filing fee is required under these circumstances, and will telephone your Office to inquire after you have received this letter.

Thank you for your kind assistance. If your staff have any questions, my telephone number is (212) 804-5720.

Sincerely,

Karen Morth

cc: Suzanne Reardon, Esq.
    Toraino Pridgen

| NOTICE OF ASSIGNMENT OF COUNSEL | Assignment Number C2622865-0 | COMMONWEALTH OF MASSACHUSETTS |
|---|---|---|
| Date of Assignment 12/10/99 | Judge CPCS | Court 483 Worcester Superior Court |

JurySession ☐

**Name of Person for whom counsel assigned**
Toraino Pridgen

**Juv/Adult**

**Docket No.** 99-0020 - 001-003

The court has found the above-named person:

**Incarceration Status**
MCI Concord

Indigent ☑
Contribution

**Post-Trial Criminal Case Purpose Of Assignment**
Appeals

**Offense / Charge**
617    A&B by DW
702    Carrying FA w/o Lic.

**Attorney Assigned**

| BBO | 553988 |
| Name | Karen Morth |
| Address | 67 Wall St - Ste 2411 |
|  | New York, NY 10005 |
| Phone | (212) 804-5720 |

Authorized Signature: *Denise Simonini*

Denise Simonini

Friday, December 10, 1999

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
Toraino Pridgen,           :
                           :
     Petitioner,           :
                           :
v.                         :    Civil Action No. 03-12332-RWZ
                           :
Luis Spencer, et al.,      :
                           :
     Respondents.          :
                           :
```

FILED
CLERKS OFFICE
2004 JUL -7 P 12:28
U.S. DISTRICT COURT
DISTRICT OF MASS.

NOTICE OF APPEAL

Notice is hereby given that Toraino Pridgen, Petitioner in the above-captioned case hereby appeals to the United States Court of Appeals for the First Circuit from the Order of Dismissal and supporting Memorandum and Order, dated June 28, 2004.

Respectfully submitted,

_Karen Elizabeth Morth_
Karen Elizabeth Morth, Esq.
BBO# 553988
67 Wall Street, 22nd Floor/#5720
New York, New York   10005
(212) 804-5720

Dated: July 6, 2004

I hereby certify that a true copy of the above document was served upon Susanne G. Reardon, Esq. on 7/6/04.

_Karen Elizabeth Morth_