FILED
♦ CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS  2004 JUL 12  P 3: 40

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| Toraino Pridgen, | : |
| Petitioner, | : |
| v. | : Civil Action No. 03-12332-RWZ |
| Luis Spencer, et al., | : |
| Respondents. | : |

NOTICE OF MOTION TO RECONSIDER AND FOR
ADDITIONAL FINDINGS; AND TO ALTER OR AMEND
THE JUDGEMENT PURSUANT TO FEDERAL RULE OF
CIVIL PROCEDURE 59(e).

Petitioner Toraino Pridgen, by his counsel, hereby moves pursuant to Federal Rules of Civil Procedure 1, 59(e), and 81 for the reasons set forth in the attached memorandum, that this Honorable Court reconsider its "Order of Dismissal" and "Memorandum of Decision" dated June 28, 2004 in the above-captioned case, enter additional findings pertaining to its ruling on the sufficiency of the evidence, and alter or amend the judgement to grant Petitioner a Writ of Habeas Corpus.

REQUEST FOR ORAL ARGUMENT

Undersigned counsel respectfully requests oral argument as discussed in the attached memorandum.

         Respectfully submitted,

         */s/ Karen Elizabeth Morth*
         Karen Elizabeth Morth, Esq.
         Attorney for Toraino Pridgen
         BBO# 553988
         67 Wall Street, 22nd Floor/#5720
         New York, New York   10005
         (212) 804-5720

Dated:  July 9, 2004


   I hereby certify that I conferred with Assistant Attorney General Susanne G. Reardon by telephone on July 7, 2004 regarding this Motion.  Ms. Reardon kindly consented to undersigned counsel asking this Honorable Court for additional findings.  Ms. Reardon specifically does not consent to the relief requested by undersigned counsel, and takes no position on counsel's request for oral argument.

*/s/ Karen Elizabeth Morth*


   I hereby certify that a true copy of the above document was served upon Susanne G. Reardon, Esq., Assistant Attorney General, by first-class mail on 7/9/04.

*/s/ Karen Elizabeth Morth*

2