U.S. COURT OF APPEALS

## TRANSCRIPT ORDER/REPORT
### USE AFTER NOTICE OF APPEAL IS FILED

| District Court | District Court Docket Number |
|---|---|
| United States District Court Massachusetts | 03-12332-RWZ |

Part I

A   Complete one of the following
  Transcript is unnecessary for appeal purposes;
  Transcript is already on file in Clerk's office;
  By this form, signed by the Court Reporter, I order a transcript of the following proceedings in the above case (include name of witness, date of proceedings, type of hearing) —NOTE: voir dire, closing arguments and sentencing are not prepared unless specifically requested. Separate forms must be completed by each court reporter involved.

\* Please note that Notice of Appeal filed 7/7/04 is premature. To date, there are no U.S.D.C. transcripts.

Case Style

Toraino Pridgen                                    (Appellant)
                                                   vs.
Luis Spencer, et al.                               (Appellee)

(attach extra sheet if necessary)

B.  This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment is by:
  [ ] Criminal Justice Act (Attach copy of CJA Form 24)
  [ ] Private Funds

SIGNED _Karen Clizbell North_ COUNSEL FOR Toraino Pridgen
            (Name)

ADDRESS 67 Wall St., 22 Fl./# 5720; NYC 10005 TELEPHONE 212 804-5720

THE COURT REPORTER'S SIGNATURE IN PART II COMPLETES THE TRANSCRIPT ORDER.

Part II.  COURT REPORTER ACKNOWLEDGEMENT (To be completed by the Court Reporter and sent by the Court Reporter to the Court of Appeals on the date of signature.)

| Date order received | Estimated completion date | Estimated number pages |
|---|---|---|
|  |  |  |

This is to certify that satisfactory financial arrangements have been completed with appellant for payment of the cost of the transcript.

(Date)                                             (Signature of Ct. Reporter)
TELEPHONE: _____

Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by court reporter on date of filing transcript in District Court. The court reporter must send copies of this notification to the Court of Appeals, the appellant and the appellee on the same date.)

This is to certify that the transcript has been completed. _____ volumes of transcript have been filed with the District Court today.

(Date)                                             (Signature of Ct. Reporter)

Copy 1 — Court Reporter's Copy