UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| Toraino Pridgen, | : | |
| Petitioner, | : | |
| v. | : | Civil Action No. 03-12332-RWZ |
| Luis Spencer, et al., | : | |
| Respondents. | : | |

## MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 24.

Petitioner Toraino Pridgen hereby moves, pursuant to Federal Rule of Appellate Procedure 24, based upon his annexed financial affidavit and prison account statement, for permission to appeal in forma pauperis in the above-captioned case, without paying the docketing fee.

Respectfully submitted,

Karen Elizabeth Morth, Esq.
Attorney for Toraino Pridgen
BBO# 553988
67 Wall Street, 22nd Floor/#5720
New York, New York    10005
(212) 804-5720

Dated:  August 8, 2004

I hereby certify that a true copy of the above document was served upon Susanne G. Reardon, Esq., Assistant Attorney General, by first-class mail on 8/9/04.

FILED

CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2004 I served a copy of the enclosed documents upon Susanne G. Reardon, Esq.; Assistant Attorney General; Office of the Attorney General; One Ashburton Place; Boston, Massachusetts 02108-1598, by mailing them first-class postage pre-paid from a repository of the United States Postal Service.

Karen Elizabeth Morth, Esq.
Massachusetts BBO # 553988
Attorney Identification # 51362
Attorney for Toraino Pridgen
67 Wall Street, 22nd Fl./# 5720
New York, New York    10005
(212) 804-5710

# Form 4.
## Affidavit to Accompany Motion for
## Leave to Appeal in Forma Pauperis

United States District Court for the District of <u>Massachusetts</u>

Toraino Pridgen
~~A, B,~~ Plaintiff
~~X X X~~

v.

Case No. <u>03-12332-RWZ</u>

Luis Spencer, et al.
~~C, D,~~ Defendant
~~X X X~~

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.(28 U.S.C. § 1746; 18 U.S.C. § 1621.)<br><br>Signed: _Toraino Pridgen_ | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.<br><br>Date: ___7/12/04___ |

**My issues on appeal are:**

1. insufficient evidence to prove beyond a reasonable doubt two of
the elements of joint venture liability under Massachusetts law.
2. State court proceedings resulted in decision based on an unreasonable
determination of facts; joint trial not fair trial guaranteed by 14th Amend
ment.

*1. For both you and you spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | *not married<br>Spouse* | You | Spouse* |
| Employment | $ _10.—_ | $ _____ | $ _10.—_ | $ _____ |
| Self-employment | $ _0_ | $ _____ | $ _0_ | $ _____ |
| Income from real property (such as rental income) | $ _NONE_ | $ _____ | $ _0_ | $ _____ |
| Interest and dividends | $ _0_ | $ _0_ | $ _0_ | $ _____ |

88

| | | | |
|---|---|---|---|
| Gifts | $ _none_ | $_____ | $_____ | $_____ |
| Alimony | $ _none_ | $_____ | $_____ | $_____ |
| Child support | $ _none_ | $_____ | $_____ | $_____ |
| Retirement (such as social security, pensions, annuities, insurance | $ _NONE_ | $_____ | $_____ | $_____ |
| Disability (such as social security, insurance payments) | $ _none_ | $_____ | $_____ | $_____ |
| Unemployment payments | $ _none_ | $_____ | $_____ | $_____ |
| Public-assistance (such as welfare) | $ _none_ | $_____ | $_____ | $_____ |
| Other (specify):_____ | $_____ | $_____ | $_____ | $_____ |
| **Total Monthly income:** | $ _200_ | $_____ | $_____ | $_____ |

2. *List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)*

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| _DOC_ | _MCI N.u.._ | _4/11/04_ | _60.00_ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

3. *List your spouses's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)* Not married

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

4. *How much cash do you and your spouse have?* $_____ (Not married.)
   Below, state any money you or your spouse have in bank accounts or in any other financial institution.

89

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| _D.O.C_ | _Savings_ | $ _800_ | $ _____ |
| _____ | _____ | $ _____ | $ _____ |
| _____ | _____ | $ _____ | $ _____ |

**If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

*5. List the assets, and their values, which you or your spouse owns. Do not list clothing and ordinary household furnishings.* (Not married)

| **Home** (Value) | **Other real estate** (Value) | **Motor Vehicle #1** (Value) |
|---|---|---|
| _NONE_ | _____ | Make & year: _____ |
| _____ | _____ | Model: _____ |
| _____ | _____ | Registration #: _____ |

| **Motor Vehicle #2** (Value) | **Other assets** (Value) | **Other assets** (Value) |
|---|---|---|
| Make & year: _NONE_ | _NONE_ | _NONE_ |
| Model: _____ | _____ | _____ |
| Registration #: _____ | _____ | _____ |

*6. State every person, business, or organization owing you or your spouse money, and the amount owed.*

| **Person owing you or your spouse money** | **Amount owed to you** | **Amount owed to your spouse** |
|---|---|---|
| _NONE_ | _NONE_ | Not Applicable |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

*7. State the persons who rely on you or your spouse for support.*

| **Name** | **Relationship** | **Age** |
|---|---|---|
| _NONE_ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.* Not applicable because I am incarcerated, and do not have a spouse.

| | You | Spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | $ |
| Are any real estate taxes included? ☐ Yes ☐ No | | |
| Is property insurance included?  ☐ Yes ☐ No | | |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $ | $ |
| Home maintenance (repairs and upkeep) | $ | $ |
| Food | $ | $ |
| Clothing | $ | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $ | $ |
| Transportation (not including motor vehicle payments) | $ | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance (not deducted from wages or included in Mortgage payments) | $ | $ |
| Homeowner's or renter's | $ | $ |
| Life | $ | $ |
| Health | $ | $ |
| Motor Vehicle | $ | $ |
| Other: | $ | $ |
| Taxes (not deducted from wages or included in Mortgage payments)(specify): | $ | $ |

| | | |
|---|---|---|
| Installment payments | $ _____ | $ _____ |
|     Motor Vehicle | $ _____ | $ _____ |
|     Credit card (name): _NOne_ | $ _____ | $ _____ |
|     Department store (name): _none_ | $ _____ | $ _____ |
|     Other: _none_ | $ _____ | $ _____ |
| Alimony, maintenance, and support paid to others | $ _____ | $ _____ |
| Regular expenses for operations of business, profession, or farm (attach detailed statement) | $ _____ | $ _____ |
| Other (specify): _none_ | $ _____ | $ _____ |
| **Total monthly expenses:** | $ _____ | $ _____ |

*9. Do you expect any major changes to your monthly income or expenses in your assets or liabilities during the next 12 months?*
☐ Yes  ☑ No                    If yes, describe on an attached sheet.

*10.  Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form?*  ☐ Yes  ☒ No

If yes, how much?  $ _____

If yes, state the attorney's name, address, and telephone number:

_____
_____
_____

*11.  Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?*
☐ Yes  ☒ No

If yes, how much?  $ _____

If yes, state the person's name, address, and telephone number:

_____

_____

_____

*12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*    I am incarcerated.

*13. State the address of your legal residence.*
Northeastern Correction Center; Barretts Mill Road; P.O. Box 1069
West Concord, Massachusetts   01742

Your daytime phone number: (_____) _____

Your age: _27_          Your years of schooling: _12_

Your social security number: _034 4848_

93

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date :  **20040712 14:42**

| | | |
|---|---|---|
| Commit# : | W67351 | N. E. C. C. |
| Name   : | PRIDGEN, TORAINO, , | Statement From    20040201 |
| Inst   : | N. E. C. C. | To    20040712 |
| Block  : | FD - EAST UP | |
| Cell/Bed : | 99 /B | |

Page :    1

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal | | Savings | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Income | Expense | Income | Expense |
| | | | | | Total Transaction before this Period : | $3,645.49 | $3,611.67 | $248.44 | $52.46 |
| 20040202 10:32 | ML - Mail | 2322642 | | NOR | ~LINDSEY FORESTER~FORESTER, LINSEY, , | $50.00 | $0.00 | $0.00 | $0.00 |
| 20040204 23:06 | PY - Payroll | 2339008 | | NOR | ~20040118 To 20040124 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20040204 23:06 | PY - Payroll | 2339009 | | NOR | ~20040118 To 20040124 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20040206 08:53 | CN - Canteen | 2346804 | | NOR | ~Canteen Date : 20040205 | $0.00 | $55.44 | $0.00 | $0.00 |
| 20040210 11:37 | IS - Interest | 2359524 | | NOR | | $0.02 | $0.00 | $0.00 | $0.00 |
| 20040210 11:37 | IS - Interest | 2359525 | | NOR | | $0.00 | $0.00 | $0.24 | $0.00 |
| 20040211 10:14 | IC - Transfer from Inmate to Club A/c | 2376179 | | NOR | ~PHOTO - Z13~PHOTO - Z13 | $0.00 | $6.00 | $0.00 | $0.00 |
| 20040211 23:08 | PY - Payroll | 2384038 | | NOR | ~20040125 To 20040131 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20040211 23:08 | PY - Payroll | 2384039 | | NOR | ~20040125 To 20040131 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20040212 22:30 | CN - Canteen | 2390480 | | NOR | ~Canteen Date : 20040212 | $0.00 | $28.71 | $0.00 | $0.00 |
| 20040213 10:31 | VI - Visitation | 2392717 | | NOR | ~LINDSEY FORSTER | $20.00 | $0.00 | $0.00 | $0.00 |
| 20040217 14:46 | ML - Mail | 2399429 | | NOR | ~MARY BEASLEY | $50.00 | $0.00 | $0.00 | $0.00 |
| 20040218 23:06 | PY - Payroll | 2411748 | | NOR | ~20040201 To 20040207 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20040218 23:06 | PY - Payroll | 2411749 | | NOR | ~20040201 To 20040207 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20040219 22:30 | CN - Canteen | 2418567 | | NOR | ~Canteen Date : 20040219 | $0.00 | $17.66 | $0.00 | $0.00 |
| 20040225 23:01 | PY - Payroll | 2441163 | | NOR | ~20040208 To 20040214 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20040225 23:01 | PY - Payroll | 2441164 | | NOR | ~20040208 To 20040214 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20040226 22:30 | CN - Canteen | 2447187 | | NOR | ~Canteen Date : 20040226 | $0.00 | $7.49 | $0.00 | $0.00 |
| 20040303 23:01 | PY - Payroll | 2470565 | | NOR | ~20040215 To 20040221 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20040303 23:01 | PY - Payroll | 2470566 | | NOR | ~20040215 To 20040221 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20040304 22:30 | CN - Canteen | 2476251 | | NOR | ~Canteen Date : 20040304 | $0.00 | $16.33 | $0.00 | $0.00 |
| 20040308 11:02 | VI - Visitation | 2482973 | | NOR | ~LINDSEY FORSTER | $50.00 | $0.00 | $0.00 | $0.00 |
| 20040309 14:53 | IS - Interest | 2490960 | | NOR | | $0.06 | $0.00 | $0.00 | $0.00 |
| 20040309 14:53 | IS - Interest | 2490961 | | NOR | | $0.00 | $0.00 | $0.26 | $0.00 |
| 20040310 23:01 | PY - Payroll | 2515983 | | NOR | ~20040222 To 20040228 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20040310 23:01 | PY - Payroll | 2515984 | | NOR | ~20040222 To 20040228 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20040311 22:30 | CN - Canteen | 2523151 | | NOR | ~Canteen Date : 20040311 | $0.00 | $52.20 | $0.00 | $0.00 |
| 20040312 13:31 | ML - Mail | 2525543 | | NOR | ~MARY BEASLEY | $50.00 | $0.00 | $0.00 | $0.00 |
| 20040317 23:01 | PY - Payroll | 2545118 | | NOR | ~20040229 To 20040306 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20040317 23:01 | PY - Payroll | 2545119 | | NOR | ~20040229 To 20040306 | $0.00 | $0.00 | $5.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date :  **20040712 14:42**

| Commit# : | W67351 |
| Name   : | PRIDGEN, TORAINO, , |
| Inst   : | N. E. C. C. |
| Block  : | FD - EAST UP |
| Cell/Bed : | 99 /B |

N. E. C. C.

Statement From   20040201
To   20040712

Page :   2

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal | | Savings | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Income | Expense | Income | Expense |
| 20040318 22:30 | CN - Canteen | 2551373 | | NOR | ~Canteen Date : 20040318 | $0.00 | $22.17 | $0.00 | $0.00 |
| 20040319 23:00 | TI - Transfer from Institution | 2556037 | | NOR | | $0.00 | $82.90 | $0.00 | $0.00 |
| 20040319 23:00 | TI - Transfer from Institution | 2556040 | | STH | | $0.00 | $0.00 | $231.48 | $0.00 |
| 20040319 23:00 | TI - Transfer from Institution | 2556038 | | STH | | $82.90 | $0.00 | $0.00 | $0.00 |
| 20040319 23:00 | TI - Transfer from Institution | 2556039 | | NOR | | $0.00 | $0.00 | $0.00 | $231.48 |
| 20040322 22:30 | CN - Canteen | 2559037 | | STH | ~Canteen Date : 20040322 | $0.00 | $33.78 | $0.00 | $0.00 |
| 20040324 09:03 | VI - Visitation | 2566272 | | STH | ~LINDSEY F | $50.00 | $0.00 | $0.00 | $0.00 |
| 20040329 22:30 | CN - Canteen | 2587458 | | STH | ~Canteen Date : 20040329 | $0.00 | $35.68 | $0.00 | $0.00 |
| 20040331 23:01 | PY - Payroll | 2602784 | | NOR | ~20040314 To 20040320 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20040331 23:01 | TI - Transfer from Institution | 2602785 | | NOR | ~Associate Receipt Number is 2602784 | $0.00 | $5.00 | $0.00 | $0.00 |
| 20040331 23:01 | TI - Transfer from Institution | 2602788 | | STH | ~Associate Receipt Number is 2602784 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20040331 23:01 | PY - Payroll | 2602789 | | NOR | ~20040314 To 20040320 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20040331 23:01 | TI - Transfer from Institution | 2602787 | | NOR | ~Associate Receipt Number is 2602784 | $0.00 | $0.00 | $0.00 | $5.00 |
| 20040331 23:01 | TI - Transfer from Institution | 2602786 | | STH | ~Associate Receipt Number is 2602784 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20040402 09:28 | ML - Mail | 2610940 | | NOR | ~CR MCI NORFOLK | $22.17 | $0.00 | $0.00 | $0.00 |
| 20040402 09:28 | TI - Transfer from Institution | 2610941 | | NOR | ~Associate Receipt Number is 2610940 | $0.00 | $22.17 | $0.00 | $0.00 |
| 20040402 09:28 | TI - Transfer from Institution | 2610942 | | STH | ~Associate Receipt Number is 2610940 | $22.17 | $0.00 | $0.00 | $0.00 |
| 20040405 22:30 | CN - Canteen | 2616175 | | STH | ~Canteen Date : 20040405 | $0.00 | $52.78 | $0.00 | $0.00 |
| 20040407 23:01 | PY - Payroll | 2630270 | | STH | ~20040321 To 20040327 | $9.00 | $0.00 | $0.00 | $0.00 |
| 20040407 23:01 | PY - Payroll | 2630271 | | STH | ~20040321 To 20040327 | $0.00 | $0.00 | $9.00 | $0.00 |
| 20040412 22:30 | CN - Canteen | 2646622 | | STH | ~Canteen Date : 20040412 | $0.00 | $30.44 | $0.00 | $0.00 |
| 20040413 11:06 | IS - Interest | 2651558 | | STH | | $0.10 | $0.00 | $0.00 | $0.00 |
| 20040413 11:06 | IS - Interest | 2651559 | | STH | | $0.00 | $0.00 | $0.30 | $0.00 |
| 20040414 23:01 | PY - Payroll | 2675095 | | STH | ~20040328 To 20040403 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20040414 23:01 | PY - Payroll | 2675096 | | STH | ~20040328 To 20040403 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20040419 22:30 | CN - Canteen | 2690638 | | STH | ~Canteen Date : 20040419 | $0.00 | $14.07 | $0.00 | $0.00 |
| 20040420 09:30 | ML - Mail | 2691881 | | STH | ~LINDSEY T | $40.00 | $0.00 | $0.00 | $0.00 |
| 20040421 10.09 | ML - Mail | 2697670 | | STH | ~MARY BEASLEY | $25.00 | $0.00 | $0.00 | $0.00 |
| 20040421 23:01 | PY - Payroll | 2702925 | | STH | ~20040404 To 20040410 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20040421 23:01 | PY - Payroll | 2702926 | | STH | ~20040404 To 20040410 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20040426 22:30 | CN - Canteen | 2717815 | | STH | ~Canteen Date : 20040426 | $0.00 | $44.33 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20040712 14:42

| | | | | | |
|---|---|---|---|---|---|
| Commit# : | W67351 | | N. E. C. C. | | Page : 3 |
| Name : | PRIDGEN, TORAINO, , | | Statement From | 20040201 | |
| Inst : | N. E. C. C. | | To | 20040712 | |
| Block : | FD - EAST UP | | | | |
| Cell/Bed : | 99 /B | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal | | Savings | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Income | Expense | Income | Expense |
| 20040428 23:01 | PY - Payroll | 2731168 | | STH | ~20040411 To 20040417 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20040428 23:01 | PY - Payroll | 2731169 | | STH | ~20040411 To 20040417 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20040503 22:30 | CN - Canteen | 2746663 | | STH | ~Canteen Date : 20040503 | $0.00 | $23.73 | $0.00 | $0.00 |
| 20040505 23:01 | PY - Payroll | 2760079 | | STH | ~20040418 To 20040424 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20040505 23:01 | PY - Payroll | 2760080 | | STH | ~20040418 To 20040424 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20040506 09:44 | VI - Visitation | 2765445 | | STH | ~LINDSEY FORSTER | $35.00 | $0.00 | $0.00 | $0.00 |
| 20040510 22:30 | CN - Canteen | 2775186 | | STH | ~Canteen Date : 20040510 | $0.00 | $31.46 | $0.00 | $0.00 |
| 20040512 23:00 | TI - Transfer from Institution | 2787102 | | STH | | $0.00 | $22.90 | $0.00 | $0.00 |
| 20040512 23:00 | TI - Transfer from Institution | 2787105 | | NEC | | $0.00 | $0.00 | $265.78 | $0.00 |
| 20040512 23:00 | TI - Transfer from Institution | 2787104 | | STH | | $0.00 | $0.00 | $0.00 | $265.78 |
| 20040512 23:00 | TI - Transfer from Institution | 2787103 | | NEC | | $22.90 | $0.00 | $0.00 | $0.00 |
| 20040512 23:01 | PY - Payroll | 2788675 | | STH | ~20040425 To 20040501 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20040512 23:01 | TI - Transfer from Institution | 2788676 | | STH | ~Associate Receipt Number is 2788675 | $0.00 | $5.00 | $0.00 | $0.00 |
| 20040512 23:01 | TI - Transfer from Institution | 2788679 | | NEC | ~Associate Receipt Number is 2788675 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20040512 23:01 | PY - Payroll | 2788680 | | STH | ~20040425 To 20040501 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20040512 23:01 | TI - Transfer from Institution | 2788678 | | STH | ~Associate Receipt Number is 2788675 | $0.00 | $0.00 | $0.00 | $5.00 |
| 20040512 23:01 | TI - Transfer from Institution | 2788677 | | NEC | ~Associate Receipt Number is 2788675 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20040513 07:32 | IS - Interest | 2795935 | | NEC | | $0.06 | $0.00 | $0.00 | $0.00 |
| 20040513 07:32 | IS - Interest | 2795936 | | NEC | | $0.00 | $0.00 | $0.32 | $0.00 |
| 20040517 13:44 | ML - Mail | 2819264 | | NEC | ~FORESTER, LINSEY, , | $20.00 | $0.00 | $0.00 | $0.00 |
| 20040519 23:01 | PY - Payroll | 2832511 | | STH | ~20040502 To 20040508 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20040519 23:01 | TI - Transfer from Institution | 2832512 | | STH | ~Associate Receipt Number is 2832511 | $0.00 | $5.00 | $0.00 | $0.00 |
| 20040519 23:01 | PY - Payroll | 2832516 | | STH | ~20040502 To 20040508 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20040519 23:01 | TI - Transfer from Institution | 2832515 | | NEC | ~Associate Receipt Number is 2832511 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20040519 23:01 | TI - Transfer from Institution | 2832514 | | STH | ~Associate Receipt Number is 2832511 | $0.00 | $0.00 | $0.00 | $5.00 |
| 20040519 23:01 | TI - Transfer from Institution | 2832513 | | NEC | ~Associate Receipt Number is 2832511 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20040520 22:30 | CN - Canteen | 2839906 | | NEC | ~Canteen Date : 20040520 | $0.00 | $44.01 | $0.00 | $0.00 |
| 20040527 13:12 | ML - Mail | 2844260 | | NEC | ~FORESTER, LINSEY, , | $20.00 | $0.00 | $0.00 | $0.00 |
| 20040527 22:30 | CN - Canteen | 2870411 | | NEC | ~Canteen Date : 20040527 | $0.00 | $28.44 | $0.00 | $0.00 |
| 20040601 12:42 | ML - Mail | 2877944 | | NEC | ~FORESTER, LINSEY, , | $30.00 | $0.00 | $0.00 | $0.00 |
| 20040603 22:30 | CN - Canteen | 2895067 | | NEC | ~Canteen Date : 20040603 | $0.00 | $30.41 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date :  **20040712 14:42**

| | | |
|---|---|---|
| Commit# : | W67351 | |
| Name  : | PRIDGEN, TORAINO, , | N. E. C. C. |
| Inst   : | N. E. C. C. | Statement From  20040201 |
| Block  : | FD - EAST UF | To  20040712 |
| Cell/Bed : | 99 /B | |

Page :   4

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20040607 13:32 | ML - Mail | 2906659 | | NEC | ~FORESTER, LINSEY, , | $30.00 | $0.00 | $0.00 | $0.00 |
| 20040609 23:02 | PY - Payroll | 2922721 | | NEC | ~20040523 To 20040529 | $3.50 | $0.00 | $0.00 | $0.00 |
| 20040609 23:02 | PY - Payroll | 2922722 | | NEC | ~20040523 To 20040529 | $0.00 | $0.00 | $3.50 | $0.00 |
| 20040610 07:35 | IS - Interest | 2925750 | | NEC | | $0.03 | $0.00 | $0.00 | $0.00 |
| 20040610 07:35 | IS - Interest | 2925751 | | NEC | | $0.00 | $0.00 | $0.37 | $0.00 |
| 20040611 08:43 | CN - Canteen | 2944597 | | NEC | ~Canteen Date : 20040610 | $0.00 | $13.37 | $0.00 | $0.00 |
| 20040614 11:42 | VI - Visitation | 2950541 | | NEC | ~FORESTER, LINSEY, , | $20.00 | $0.00 | $0.00 | $0.00 |
| 20040615 11:02 | IC - Transfer from Inmate to Club A/c | 2955088 | | NEC | ~PHOTO 6/13/04~INMATE BENEFIT - Z1~INMATE BENEFIT - Z1 | $0.00 | $1.75 | $0.00 | $0.00 |
| 20040616 23:02 | PY - Payroll | 2969280 | | NEC | ~20040530 To 20040605 | $3.50 | $0.00 | $0.00 | $0.00 |
| 20040616 23:02 | PY - Payroll | 2969281 | | NEC | ~20040530 To 20040605 | $0.00 | $0.00 | $3.50 | $0.00 |
| 20040617 10:26 | IC - Transfer from Inmate to Club A/c | 2970705 | | NEC | ~CARD 6/17/04~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $15.00 | $0.00 | $0.00 |
| 20040617 22:30 | CN - Canteen | 2974221 | | NEC | ~Canteen Date : 20040617 | $0.00 | $11.62 | $0.00 | $0.00 |
| 20040618 12:45 | ML - Mail | 2975893 | | NEC | ~FORESTER, LINSEY, , | $30.00 | $0.00 | $0.00 | $0.00 |
| 20040623 23:02 | PY - Payroll | 2998050 | | NEC | ~20040606 To 20040612 | $3.50 | $0.00 | $0.00 | $0.00 |
| 20040623 23:02 | PY - Payroll | 2998051 | | NEC | ~20040606 To 20040612 | $0.00 | $0.00 | $3.50 | $0.00 |
| 20040624 11:34 | IC - Transfer from Inmate to Club A/c | 3000115 | | NEC | ~CARD 6/24~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $10.00 | $0.00 | $0.00 |
| 20040624 22:30 | CN - Canteen | 3003338 | | NEC | ~Canteen Date : 20040624 | $0.00 | $21.16 | $0.00 | $0.00 |
| 20040630 23:03 | PY - Payroll | 3026711 | | NEC | ~20040613 To 20040619 | $3.50 | $0.00 | $0.00 | $0.00 |
| 20040630 23:03 | PY - Payroll | 3026712 | | NEC | ~20040613 To 20040619 | $0.00 | $0.00 | $3.50 | $0.00 |
| 20040701 13:40 | IC - Transfer from Inmate to Club A/c | 3028959 | | NEC | ~card 7/1/04~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $10.00 | $0.00 | $0.00 |
| 20040701 22:30 | CN - Canteen | 3031938 | | NEC | ~Canteen Date : 20040701 | $0.00 | $8.92 | $0.00 | $0.00 |
| 20040706 14:37 | ML - Mail | 3039371 | | NEC | ~FORESTER, LINSEY, , | $40.00 | $0.00 | $0.00 | $0.00 |
| 20040707 23:03 | PY - Payroll | 3055725 | | NEC | ~20040620 To 20040626 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20040707 23:03 | PY - Payroll | 3055726 | | NEC | ~20040620 To 20040626 | $0.00 | $0.00 | $7.50 | $0.00 |
| 20040708 14:41 | IC - Transfer from Inmate to Club A/c | 3058570 | | NEC | ~CARD 7/8/04~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $14.90 | $0.00 | $0.00 |
| 20040708 22:30 | CN - Canteen | 3059565 | | NEC | ~Canteen Date : 20040708 | $0.00 | $28.71 | $0.00 | $0.00 |
| 20040712 12:35 | ML - Mail | 3067102 | | NEC | ~FORESTER, LINSEY, , | $30.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $855.91 | $853.53 | $614.25 | $512.26 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20040712 14:42

Commit# : W67351

Name : PRIDGEN, TORAINO, ,

Inst : N. E. C. C.

Block : FD - EAST UP

Cell/Bed : 99 /B

N. E. C. C.

Statement From 20040201

To 20040712

Page : 5

Balance as of ending date :

| Personal | Savings |
|----------|---------|
| $36.20 | $297.97 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|----------|---------|--------|------|-------------|----------|
| $36.20 | $297.97 | $0.00 | $0.00 | $0.00 | $0.00 |