UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12332-RWZ

TORAINO PRIDGEN

v.

LUIS SPENCER

CERTIFICATE OF APPEALABILITY

October 13, 2004

ZOBEL, D.J.

Petitioner attacked his state court conviction on assault and weapons charges and sought a writ of habeas corpus on the grounds that his due process rights were violated in that the evidence was insufficient to support the conviction and that the trial court's failure to grant a severance from his brother and co-defendant was unfairly prejudicial.

Although I found both assertions wanting and declined to issue the writ, petitioner's arguments are not frivolous. Accordingly, the application for a certificate of appealability is granted.

|  |  |
|---|---|
| DATE | /s/ Rya W. Zobel<br>RYA W. ZOBEL<br>UNITED STATES DISTRICT JUDGE |