*CA-03-12332*
*J. Zobel*
*Papers to follow.*

# United States Court of Appeals
## For the First Circuit

---

# MANDATE

No. 04-190

TORAINO PRIDGEN,

Petitioner, Appellant,

v.

JAMES SABA ET AL.,

Respondents, Appellees.

---

**JUDGMENT**

Entered: May 20, 2005

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts, and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's denial of petitioner Traino Pridgen's petition for a writ of habeas corpus is affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*/s/ Rhoda Barnes*
Deputy Clerk

Date: JUL 05 2005

By the Court:
Richard Cushing Donovan, Clerk

MARGARET CARTER

_____
By: Margaret Carter, Chief Deputy, Clerk

[cc: Ms. Reardon and Ms. North.]